**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey Ronald BANKER, Defendant–Appellant.**

**No. 09–30380.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 18, 2010.

Christopher Cardani, United States Attorney Office, Eugene, OR, Kelly A. Zusman, Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Bryan E. Lessley, Assistant Federal Public Defender, FPDOR—Federal Public Defender's Office, Eugene, OR, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Jeffrey Ronald Banker appeals from the 125–month sentence imposed upon resentencing. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Banker contends the district court erred by sentencing him as a career offender because his bank robbery conviction for the instant offense and other prior convictions were all part of a common course of conduct. The district court properly classified Banker as a career offender because Banker's prior qualifying convictions are factually and temporally distinct from his bank robbery conviction. *See* U.S.S.G. § 4B1.1(a)(3); *see also United States v. Gallegos–Gonzalez*, 3 F.3d 325, 328 (9th Cir.1993) (appellant's classification as a career offender under section 4B1.1 was proper).

**AFFIRMED.**